UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEONA M. QUALEY, individually and as Personal Representative for the Estate of MOSES PORTILLO,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF PIERCE, a political subdivision of the State of Washington, d/b/a Pierce County Sheriff's Office, EDWARD TROYER, an individual and THOMAS DOLAN, an individual,<br><br>Defendants. | NO.<br><br>COMPLAINT FOR WRONGFUL DEATH AND DEMAND FOR JURY |

COME NOW the plaintiffs Leona M. Qualey, individually and as Personal Representative of the Estate of Moses Portillo, by and through their attorneys of record, Daniel R. Kyler and Mark B. Melter of Rush, Hannula, Harkins & Kyler, PLLC and hereby state and allege as follows:

I.

This case arises from the unnecessary, reckless, negligent and wrongful killing of Moses Portillo who was shot by Pierce County Sheriff's Deputy Thomas Dolan in violation of proper

COMPLAINT FOR WRONGFUL DEATH AND DEMAND FOR JURY - 1

RUSH, HANNULA, HARKINS & KYLER, PLLC
4701 South 19th Street, Suite 300
TACOMA, WA 98405
TACOMA: (253) 383-5388
SEATTLE: (253) 838-4790

police procedure, Pierce County Sheriff's Office Policies and Procedures, and Washington Statutory Authority requiring and directing de-escalation by law enforcement officers in their interactions with the members of the public whom they are sworn to protect and defend.

## PARTIES

II.

Defendant Pierce County is a political subdivision of the State of Washington. Pierce County provides, among other things, law enforcement services through its Sheriff's Department, the Pierce County Sheriff's Office. The Pierce County Sheriff's Office's purpose is to protect its citizenry from harm and its mission is supposed to include creating a safe and secure environment in which citizens and members of the community can live, and work, enforcing the State's laws in a fair and impartial manner in accordance with applicable police standards and practices and safeguarding its citizens' constitutional rights. The reckless and negligent conduct and civil rights violations set forth herein were proximately caused by Pierce County Sheriff's Office customs, policies and practices, ratifications of misconduct and the decisions of its policymakers in failing to train, or enforce training, of its deputies.

III.

Defendant Edward Troyer is the elected Pierce County Sheriff of the Pierce County Sheriff's Office who, at all times relevant and material hereto was acting under color of law. In his role as the Sheriff, defendant Troyer is ultimately responsible for formulating and implementing the Pierce County Sheriff's Office policies and procedures and ensuring that its deputies are property and adequately trained for the performance of their duties as law enforcement officers.

COMPLAINT FOR WRONGFUL DEATH
AND DEMAND FOR JURY - 2

RUSH, HANNULA, HARKINS & KYLER, PLLC
4701 South 19th Street, Suite 300
TACOMA, WA  98405
TACOMA: (253) 383-5388
SEATTLE:  (253) 838-4790

IV.

Defendant Deputy Thomas Dolan is a Pierce County Sheriff's Deputy who at all times relevant hereto was acting under color of state law and in the course and scope of his duties in the performance of his law enforcement responsibilities for the Pierce County Sheriff's Office.

V.

Plaintiff Leona M. Qualey is the mother of the deceased, Moses Portillo, with which she had a close and loving relationship. Leona M. Qualey is the Personal Representative of the Estate of Moses Portillo and is authorized to undertake this action on behalf of the Estate of Moses Portillo by statute.

**JURISDICTION OF VENUE**

VI.

This Court has jurisdiction pursuant to 28 USC §1331, 1343 and §1367.

VII.

Venue is proper in the Western District of Washington pursuant to 28 USC §1391 because the defendant Pierce County is located in this judicial district and because a substantial portion of the events and conduct giving rise to this claim occurred in Pierce County, Washington, within the Western District of Washington.

**STATUTORY COMPLIANCE**

VIII.

On or about May 1, 2023, Pierce County Risk Management was served with Tort Claims on behalf of Leona (Lytle) M. Qualey individually and the Estate of Moses Portillo.

IX.

All requirements to the maintenance of this action imposed by RCW 4.96 have

COMPLAINT FOR WRONGFUL DEATH
AND DEMAND FOR JURY - 3

RUSH, HANNULA, HARKINS & KYLER, PLLC
4701 South 19th Street, Suite 300
TACOMA, WA 98405
TACOMA: (253) 383-5388
SEATTLE: (253) 838-4790

accordingly been satisfied.

## STATEMENT OF FACTS

X.

This case arises from the wrongful killing of Moses Portillo who was shot and killed by Deputy Thomas Dolan during a routine traffic stop on the basis of the vehicle's claimed "faulty rear view mirror" and claimed improper lane change while Moses Portillo was a passenger in that vehicle driven by an acquaintance. The wrongful and tortious killing of Moses Portillo and the ultimate violation of his civil rights was due to the defendants' negligent, reckless and deliberate indifference in the handling of what should have been a routine police matter resulting in the unnecessary and preventable use of deadly force.

XI.

On or about January 16, 2022, defendant Deputy Thomas Dolan, acting for and on behalf of the Pierce County Sheriff's Office in his role as a deputy, made a traffic stop of a vehicle in which the plaintiff's decedent Moses Portillo was a passenger. At the time of the traffic stop, Moses Portillo suffered from a broken leg which resulted in his left leg being in a cast from hip to foot substantially immobilizing Moses Portillo and the cast requiring that he stretch his left leg across the entirety of the rear seat of the vehicle in which he was a passenger.

XII.

During the course of Deputy Dolan's obtaining identification from the driver of the vehicle in which Moses Portillo was a passenger and obtaining Moses Portillo's identification, he observed a box of ammunition on the floor of the stopped vehicle. Deputy Dolan unholstered his service weapon and commanded the three (3) occupants of the vehicle to "put their fucking hands on the ceiling". Deputy Dolan did not seek to de-escalate his

COMPLAINT FOR WRONGFUL DEATH
AND DEMAND FOR JURY - 4

RUSH, HANNULA, HARKINS & KYLER, PLLC
4701 South 19th Street, Suite 300
TACOMA, WA 98405
TACOMA: (253) 383-5388
SEATTLE: (253) 838-4790

confrontation with the occupants of the vehicle, including Moses Portillo, but rather escalated the situation between the deputy and the occupants of the vehicle by raising his voice, shouting, screaming profanities and aiming his service weapon directly behind the decedent Moses Portillo's head. Contrary to policy and training, Deputy Dolan did not direct the immobilization of the vehicle stopped by directing that the keys be removed from the ignition and placed outside the vehicle. Defendant Deputy Dolan did not position himself behind the C-pillar of the vehicle, nor did he retreat to his patrol vehicle where the existing spotlight of the vehicle was aimed at the occupants of the stopped vehicle to "blind" the occupants. Defendant Deputy Dolan instead continued to scream obscenities at the occupants of the vehicle and give directions which were impossible for the occupants and specifically plaintiff's decedent Moses Portillo to comply with. Defendant Deputy Dolan did not retreat to his vehicle and wait for backup. Despite no threatening action by plaintiff's decedent Moses Portillo, the defendant Deputy Dolan discharged his service weapon 12 times at point blank range directly at the back of the head, neck and upper back of Moses Portillo, striking Moses Portillo 8 times and killing him.

XIII.

Plaintiff's decedent Moses Portillo suffered extreme pain, suffering and eventually succumbed to the myriad of gunshot wounds inflicted on him by the defendant Deputy Dolan and died at the scene.

XIV.

Pierce County Sheriff Deputies including specifically Deputy Thomas Dolan, were not properly trained, failed to follow standard law enforcement practices and protocols, and may have lacked knowledge of the standards regarding the use of deadly force and de-escalation, all of which resulted in the precipitous and unnecessary discharge of Deputy Dolan's service

COMPLAINT FOR WRONGFUL DEATH
AND DEMAND FOR JURY - 5

RUSH, HANNULA, HARKINS & KYLER, PLLC
4701 South 19th Street, Suite 300
TACOMA, WA 98405
TACOMA: (253) 383-5388
SEATTLE: (253) 838-4790

revolver, killing Moses Portillo.

### FIRST CAUSE OF ACTION-UNCONSTITUIONAL USE OF EXCESSIVE FORCE

XV.

Defendants are liable for compensatory and punitive damages for subjecting plaintiff's decedent Moses Portillo to the deprivation of his rights guaranteed by the Fourth Amendment to the Constitution of the United States and 42 USC §1983 to be free from deprivation of his life. Defendants deprived Moses Portillo his life by acting in an unreasonable, reckless, dangerous and violent manner and by shooting Moses Portillo without legal cause or justification. Defendants are liable for depriving Moses Portillo of his life, liberty, property and for punitive damages, compensatory damages and reasonable attorney's fees and costs.

### SECOND CAUSE OF ACTION-VIOLATIONS OF CONSTITUTIONAL RIGHTS BY DEFENDANT PIERCE COUNTY AND POLICYMAKERS

XVI.

Defendant Pierce County and Edward Troyer, the Pierce County Sheriff acted with deliberate indifference to plaintiffs' constitutional rights as set forth above, by failing to train its deputies, failing to supervise and monitor its deputies, failing to adopt and implement policies for, among other things, appropriate de-escalation, control of a scene, detention of a citizen and the use of lethal force as well as other aspects to be proven at the time of trial.

XVII.

Given the failures demonstrated by Deputy Dolan, it is predictable that the failures of the policymakers described as set forth herein would result in constitutional violations like that which occurred in this case. The plaintiffs' tragedy and the loss of Moses Portillo's life was a

COMPLAINT FOR WRONGFUL DEATH
AND DEMAND FOR JURY - 6

RUSH, HANNULA, HARKINS & KYLER, PLLC
4701 South 19th Street, Suite 300
TACOMA, WA 98405
TACOMA: (253) 383-5388
SEATTLE: (253) 838-4790

foreseeable consequence of the failure of the Pierce County Sheriff's Office to train its deputies with the necessary tools to handle situations that require the use of de-escalation techniques, non-lethal tactics and the appropriate decision-making processes that should accompany the use of lethal force. The proper monitoring and supervision of the Pierce County Sheriff's Deputies would have either rectified and modified Deputy Dolan's conduct.

### THIRD CAUSE OF ACTION-NEGLIGENCE OF PIERCE COUNTY

XVIII.

Defendants individually and jointly owed a duty to exercise ordinary care when engaging in law enforcement activity.

XIX.

Defendants owed a duty of reasonable care to adopt and follow appropriate policing practices and procedures in the detention, control, contact, questioning and arrest of citizens. Defendants owed a duty to refrain from negligently, recklessly, wantonly and unreasonably using deadly force against its citizens in and of Pierce County; needlessly and dangerously escalating routine law enforcement encounters; failing to secure a scene and creating a deadly force situation.

XX.

Defendants owed a duty to ensure that its officers and deputies in its agency are fit for service and properly trained in law enforcement standards and protocols regarding control of a scene, dealing with citizens so as not to unnecessarily escalate encounters and to be familiar with and follow proper and reasonable standards regarding the use of deadly force.

XXI.

Defendants breached these duties when Pierce County Deputy engaged in the improper,

COMPLAINT FOR WRONGFUL DEATH
AND DEMAND FOR JURY - 7

RUSH, HANNULA, HARKINS & KYLER, PLLC
4701 South 19th Street, Suite 300
TACOMA, WA 98405
TACOMA: (253) 383-5388
SEATTLE: (253) 838-4790

unreasonable, unnecessary and excessive use of force, including but not limited to the handling of events at the scene of this incident, the shooting and killing of Moses Portillo.

XXII.

The negligent, reckless and unreasonable conduct of the defendant Deputy Dolan occurred while the deputy was in the course of his law enforcement work and amounted to misfeasance and malfeasance that created a risk of harm and actual harm which ultimately resulted in Moses Portillo's death and damages to his estate and his surviving parent/mother. The deputy's actions were unreasonable, excessive and well outside the standards that reasonable law enforcement officers follow when interacting with citizens.

XXIII.

As a direct and proximate result of defendants' negligence, unreasonable conduct, failure to follow proper law enforcement practices and procedures, plaintiffs suffered general and special damages, including emotional distress, the unnecessary death of Moses Portillo and unnecessary loss of love, companionship and guidance of a son.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiffs pray for judgment against defendants, jointly and severally as follows:

1. Award plaintiffs' general and special damages including damages for pain, suffering, parent loss of consortium pursuant to 42 USC §1983 and §1988 and in amounts to be proven at the time of trial;

2. Award reasonable attorney's fees and costs pursuant to 42 USC §1988 or as otherwise available under the law;

3. Award damages to plaintiffs and each of them for the unreasonable, negligent

COMPLAINT FOR WRONGFUL DEATH
AND DEMAND FOR JURY - 8

RUSH, HANNULA, HARKINS & KYLER, PLLC
4701 South 19th Street, Suite 300
TACOMA, WA 98405
TACOMA: (253) 383-5388
SEATTLE: (253) 838-4790

conduct of defendants, the negligent failure of following reasonable and standard law enforcement policies and practices and the unnecessary and reasonable use of excessive, deadly force;

    4.    Awarding punitive damages on plaintiffs' claims under 42 USC §1983;

    5.    Awarding all applicable pre and post-judgment interest as permitted by law;

    6.    For such other and further relief as the Court may find fair and just.

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), plaintiffs hereby demand a jury for all issues so triable.

DATED this 27th day of July, 2023

By: s/ Daniel R. Kyler
By: s/Mark B. Melter
Daniel R. Kyler, WSBA #12905
Mark B. Melter, WSBA #46262
Attorney for Plaintiff
RUSH, HANNULA, HARKINS & KYLER, PLLC
4701 South 19th Street, Suite 300
Tacoma, WA 98405
(253) 383-5388
dkyler@rhhk.com
vsteppan@rhhk.com
twescott@rhhk.com
mmelter@rhhk.com
bparker@rhhk.com

COMPLAINT FOR WRONGFUL DEATH AND DEMAND FOR JURY - 9

RUSH, HANNULA, HARKINS & KYLER, PLLC
4701 South 19th Street, Suite 300
TACOMA, WA 98405
TACOMA: (253) 383-5388
SEATTLE: (253) 838-4790